IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY KENNEY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 12-551 |
| | ) |
| v. | ) |
| | ) |
| CITY OF PITSBURGH, CHIEF OF POLICE NATHAN HARPER, OFFICER MATTHEW TURKO and OFFICER ROBERT SMITH, | ) ) ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 30th day of July, upon consideration of the MOTION FOR APPROVAL OF VOLUNTARY STIPULATION TO DISMISS DEFENDANT CITY OF PITTSBURGH AND CHIEF OF POLICE NATHAN HARPER, it is hereby ORDERED and DECREED that this Motion is granted and that all parties hereto are to abide the terms and conditions of the within Stipulation, which shall have the full effect of law.

BY THE COURT:

_____ J.

Lisa Pupo Lenihan
U.S. Magistrate Judge