IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY KENNEY, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 12 - 551 |
| | ) |
| v. | ) |
| | ) |
| OFFICER MATTHEW TURKO | ) |
| and OFFICER ROBERT SMITH, | ) |
| | ) |
| Defendants. | ) |

## VERDICT SLIP

I) Liability

    1) Do you find that Defendant Matthew Turko used excessive force in taking Anthony Kenney into custody?

    Yes __✓__        No _____

**IF YOU ANSWERED YES TO QUESTION # 1, PROCEED TO QUESTION #2. OTHERWISE, PLEASE STOP AND INFORM THE COURT THAT YOU HAVE REACHED A VERDICT.**

    2) Did Defendant Robert Smith violate Plaintiff's Constitutional rights by failing to intervene in Defendant Turko's actions?

    Yes __✓__        No _____

**IF YOU ANSWERED "YES" TO EITHER QUESTION #1 OR #2, PLEASE PROCEED TO THE NEXT SECTION ENTITLED "DAMAGES."**

II) Damages

1) State the amount of compensatory damages you award to Kenney for any physical injuries, emotional distress, embarrassment and/or humiliation that he suffered on account of Smith and/or Turko's violations of his Constitutional rights.

Answer: 5,000.00

**ANSWER THE NEXT QUESTIONS ONLY FOR THE DEFENDANT OR DEFENDANTS FOR WHOM YOU ANSWERED YES. (REFER TO QUESTIONS #1 AND #2 ABOVE.)**

2) Do you award punitive damages against Defendant Matthew Turko?

Answer: Yes ✓   No ____

If yes, in what amount?

Answer: $ 75,000.00

3) Do you award punitive damages against Defendant Robert Smith?

Answer: Yes ✓   No ____

If yes, in what amount?

25,000.00

**Juror Signatures:**

1) (Foreperson) _[signature]_
2) _[signature]_ Christopher J. [Petish]
3) Roxhelle L Henry
4) Brinda L Smeusal
5) _[signature]_
6) _[signature]_
7) Catherine M Pluskovich
8) Dean DeLuca

2