AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **PENNSYLVANIA**

ANTHONY KENNEY

V.

OFFICER MATTHEW TURKO and
OFFICER ROBERT SMITH

**AMENDED JUDGMENT
IN A CIVIL CASE**

Case Number:     Civil Action No. 12 - 551

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Joint Motion for Entry of Altered Judgment, judgment is granted in favor of the Plaintiff, Anthony Kenney and against the Defendant, the City of Pittsburgh. A judgment for compensatory damages is awarded in the amount of $50,000.00 as to the Defendant, the City of Pittsburgh. Judgment for punitive damages is reduced to $0.00.

JUDGEMENT IS HEREBY ENTERED ACCORDINGLY

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

October 28, 2014
Date

Robert V. Barth, Jr.
Clerk

(By) Deputy Clerk