IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY KENNEY, | ) |
| Plaintiff, | ) C.A. No. 12-551 |
| v. | ) |
| CITY OF PITTSBURGH, CHIEF OF POLICE NATHAN HARPER, OFFICER MATTHEW TURKO and OFFICER ROBERT SMITH, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

**ORDER**

AND NOW, this 5Th day of Nov., 2014, upon consideration of the Plaintiff's fee petition requesting that this Honorable Court enter an order directing Defendants to pay the sum of $5,000 for reimbursement of fees incurred in connection with Defendants' Motion to Reduce Excessive Punitive Damages Award, it is hereby Ordered that said fee petition is Granted.

BY THE COURT

_____ J.
Lisa Pupo Lenihan
U.S. Magistrate Judge